IT IS HEREBY ORDERED THAT THE CONTENTS OF THIS ENVELOPE ARE SEALED AND SHALL REMAIN SEALED UNTIL FURTHER ORDER OF THE COURT.

6/2/05
DATE

LINCOLN D. ALMOND
U.S. Magistrate Judge

MISC. No. ______

USAO SEALING No. S05-082 (KPM)