AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

US

v.

Luis Oliveira

APPEARANCE

CASE NUMBER: 1:05M81A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Mr. Oliveira

I certify that I am admitted to practice in this court.

6-14-5
*Date*

*Signature*

K.J. FITZGERALD 5775
*Print Name* *Bar Number*

10 Weybosset St.
*Address*

Prov. RI 02903
*City* *State* *Zip Code*

401-528-4281
*Phone Number* *Fax Number*

orm was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.