AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE DISTRICT OF R.I.
JUN 02 2005

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

LUIS ANTONIO OLIVEIRA

## WARRANT FOR ARREST

CASE NUMBER: 1:05 M 81 A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Luis Antonio Oliveira
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

willfully and knowingly making a false statement in application for a United States passport with the intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws,

in violation of Title 18 United States Code, Section(s) 1542

LINCOLN D. ALMOND
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

[signature]
Signature of Issuing Officer

6/2/05 Providence, Rhode Island
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Residence | | |
| DATE RECEIVED 06/02/2005 | NAME AND TITLE OF ARRESTING OFFICER [signature] | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 06/14/2005 | | |