IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 05 82 ML |
| | ) | |
| vs. | ) | Cr. No. |
| | ) | In violation of 18 U.S.C. § 1542 |
| LUIS ANTONIO OLIVEIRA | ) | |
| | ) | |

INFORMATION

The United States Attorney for the District of Rhode Island charges:

COUNT I

That on or about May 19, 2003, in the District of Rhode Island, the defendant, LUIS ANTONIO OLIVEIRA, did willfully and knowingly make a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated that his name was Eric Matthew Warner and that he had been born in Providence, Rhode Island, which statements he knew to be false;

In violation of 18 U.S.C. § 1542.

ROBERT CLARK CORRENTE
United States Attorney

Kenneth P. Madden
Kenneth P. Madden
First Assistant U. S. Attorney

Gerard B. Sullivan
Gerard B. Sullivan
Criminal Chief

Dated: July 5, 2005