**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR05-82ML** **DATE: July 11, 2005**

**TITLE: USA v. Luis Antonio Oliveira**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**

Ken Madden, AUSA
Kevin Fitzgerald, Esq.
Charleen Tryhubczak, Pretrial Services

**PROCEEDINGS:**

Arraignment on Criminal Information:

Court informs Deft of rights and charges.
Deft understands rights and charges.
Waiver of Indictment.
Court reviews rights.
Deft understands rights and waiver.
Court accepts waiver.
Not guilty plea entered.
No change in detention status.
Deft remanded to custody.