AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

LUIS ANTONIO OLIVEIRA

## WAIVER OF INDICTMENT

CR 05 82 ML

CASE NUMBER:

I, Luis Antonio Oliveira, the above named defendant, who is accused of

willfully and knowingly making a false statement in an applicaion for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in violation of Title 18, United States Code, Section 1542,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7-11-5 (*Date*) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

[signature]
*Defendant* LUIS ANTONIO OLIVEIRA

[signature]
*Counsel for Defendant* KEVIN FITZGERALD, AFPD

Before [signature]
*Judicial Officer*

This form was electronically produced by Elite Federal Forms, Inc.