UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 05-082ML** **DATE: July 18, 2005**

**TITLE: USA v. Luis Antonio Oliveira**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**
**INTERPRETER:**

IN COURT

---

**COUNSEL PRESENT:** **AUSA Kenneth P. Madden - Govt**
**Kevin J. Fitzgerald - for Deft**
**Dennis Jenkins - U.S. Probation**

**PROCEEDINGS:** **Change of Plea Hearing**

**Deft is sworn and questioned by the Court. Court reviews the terms & conditions of the Plea Agreement. Deft is advised of his rights. Govt summarizes the evidence had the case gone to trial. Deft pleads "guilty" to the one count of the Information. Court accepts the guilty plea. Sentencing is set for Friday, October 14, 2005, at 10:00 a.m. Deft is remanded.**