UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
AUG 17 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
VS. ) CR No. 05-CR-00082ML
)
LOUIS ANTONIO OLIVEIRA )

---

## MOTION FOR CONTINUANCE

Now comes the defendant Louis Antonio Oliveira, by and through his counsel, and moves this Honorable Court to continue the sentencing in this matter, currently scheduled for October 14, 2005, to the next available date that is convenient with the Court's calendar.

As grounds the defendant submits that he is presently scheduled to attend an all-day district seminar being held at the Federal Public Defender Office in Boston, Massachusetts. The granting of this continuance will not prejudice the Government in any way, and is in the interest of fairness and justice. Counsel has spoken to AUSA Kenneth Madden, whom indicates that the Government has no objection to the granting of this continuance request.

Granted.
Mary M. Lisi
USDJ 8/18/05

Respectfully submitted
Louis Antonio Oliveira
By his attorney,

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

## CERTIFICATION

I hereby certify that I hand-delivered a copy of this motion to Ken Madden, Assistant United States Attorney, on August 15, 2005.