FILED

SEP 23 2005

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 05-CR-00082ML** |
| | ) | |
| **LOUIS ANTONIO OLIVEIRA** | ) | |

---

## MOTION TO ENLARGE THE TIME FOR FILING OBJECTIONS

Now comes the defendant Louis Antonio Oliveira, by and through his counsel, and moves this Honorable Court to enlarge the time for filing his objections from September 23, 2005 to September 30, 2005.

As grounds defense counsel states that he is requesting the additional time to obtain and research the records for a Massachusetts conviction contained in the defendant's pre-sentence report.

Respectfully submitted
Louis Antonio Oliveira
By his attorney,

[signature]

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of this motion to Ken Madden, Assistant United States Attorney and Kathleen Conlon, UPSO on Sept 23rd, 2005.

[signature]

Granted.
Mary M. Lisi
USDJ 9/26/05